**Opinion issued October 11, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00627-CV

———————————

## IN RE LESLIE LYNN MCDONALD, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Leslie Lynn McDonald, has filed a petition for a writ of mandamus, challenging the trial court's orders referring the case to arbitration "pursuant to the terms of the parties' premarital agreement" and granting real party in interest David Tally McDonald's summary-judgment motions.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Leslie Lynn McDonald and David Tally McDonald*, Cause No. 2016-27310, in the 309th District Court of Harris County, Texas, the Honorable Sheri Y. Dean presiding.

We deny the petition and dismiss as moot relator's motion for an emergency stay.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.